OSCAR L. SMALLS AND LIZZIE SMALLS,
v.
PITTSBURGH-CORNING CORP.; GREENE TWEED & CO., INC.; A.W. CHESTERTON, INC.; QUIGLEY CO., INC.; PFIZER INC.; GAF CORP.; RUBBERROID CO., INC.; OWENS ILLINOIS, INC.; FLEXITALLIC GASKET CO.; FLINTKOTE CO.; ARMSTRONG WORLD INDUS., INC.; U.S. GYPSUM CO.; PORTER HAYDEN CO.; FOSTER WHEELER CORP., INC.; PARS MFG. CO.; J.H. FRANCE REFRACTORIES CO.; RAY OIL BURNER CO.; A.C.& S. CORP; TURNER-NEWALL LTD.; CARLISLE CORP.; ALLIED CORP.; UNIROYAL INC.; NATIONAL GYPSUM CO.; BRAND INSULATIONS, INC.; SELAS CORP. OF AMERICA; BICKLEY FURNACES, INC.; ARMSTRONG CORK CO.; RILEY STOKER CORP.; DREVER FURNACES; KEELER DORR-OLIVER BOILER CO.; CLEAVER BROOKS; W.R. GRACE & CO.; CARRIER CORP.; CRANE PACKING; RAPID AMERICAN CORP.; WILLIAMS & DAVIS BOILER, INC.; WAGNER ELEC. CO.; SQUARE D. CO.; CUTLER-HAMMER CO.; CLARK CONTROLLER CO., COMBUSTION ENGINEERING, INC.
PETITION OF: JOHN CRANE, INC.
Supreme Court of Pennsylvania, Eastern District.
September 7, 2004.

ORDER
PER CURIAM.
AND NOW, this 7th day of September, 2004, the Petitions for Allowance of Appeal are hereby DENIED and the Application for Leave to Supplement the Petition for Allowance of Appeal is DISMISSED AS MOOT.